**FILED**

**MAR 11 2021**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | § |
| Plaintiff, | § NO. P-21-CR-156 |
| | § |
| v. | § **SEALED** |
| | § **INDICTMENT** |
| 1. MARIA SOCORRO AVILA, | § |
| 2. CORNELIA SHIREY, | § [Count one: 8 U.S.C. § 1324(a)(1)(A)(v)(I) |
| | § & (B)(i), Conspiracy to Transport |
| | § Illegal Aliens] |
| Defendants. | § [Count two: 8 U.S.C. § 1324(a)(1)(A)(v)(II) |
| | § & (B)(ii), Aiding and Abetting the |
| | § Transportation of Illegal Aliens] |

**THE GRAND JURY CHARGES:**

<u>**COUNT ONE**</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i)]

From on or about July 12, 2020, to on or about August 15, 2020, in the Western District of Texas, the Defendants,

**1. MARIA SOCORRO AVILA, and
2. CORNELIA SHIREY,**

did knowingly and intentionally combine, conspire, confederate, and agree with other known and unknown to the Grand Jury, to commit the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, certain aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact that said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I) and (B)(i).

## COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(v)(II) & (B)(ii)]

From on or about July 12, 2020, to on or about August 15, 2020 in the Western District of Texas, the Defendants,

1. **MARIA SOCORRO AVILA, and**
2. **CORNELIA SHIREY,**

did aid and abet the commission of the following offense against the United States: to transport and move, and attempt to transport and move, by means of transportation or otherwise, certain aliens who entered and remained in the United States in violation of law, knowing and in reckless disregard of the fact that said aliens came to, entered, and remained in the United States in violation of law, and in furtherance of such violation of law.

A violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(II) and (B)(ii).

## NOTICE OF GOVERNMENT'S DEMAND FOR FORFEITURE
[*See* Fed. R. Crim. P. 32.2]

### Transportation of Aliens Violation and Forfeiture Statutes
[Title 8 U.S.C. §§ 1324(a)(1)(A)(ii) and (B)(i) subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A) and Title 8 U.S.C. § 1324(b), made applicable to criminal forfeiture by Title 28 U.S.C. 2461(c)]

As a result of the foregoing criminal violations set forth above, the United States of America gives notice to the Defendants of its intent to seek the forfeiture of any property upon conviction and as part of any sentence pursuant to Fed. R. Crim. P. 32.2, Title 18 U.S.C. § 982(a)(6)(A) and Title 8 U.S.C. § 1324(b), made applicable to criminal forfeiture by Title 28 U.S.C. § 2461(c), which state, in pertinent part, the following:

> **Title 18 U.S.C. § 982. Criminal forfeiture**
> (a)(6)(A) The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) . . . of the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State law—
>> (i) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and

    **(ii)** any property real or personal—
        **(I)** that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or
        **(II)** that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

**Title 8 U.S.C. § 1324. Bringing in and harboring certain aliens**
(b) Seizure and forfeiture.
    (1) In general. Any conveyance…that has been or is being used in the commission of a violation of subsection (a), the gross proceeds of such violation, and any property traceable to such conveyance or proceeds, shall be seized and subject to forfeiture.

A TRUE BILL.

Digitally signed by the
Foreperson of the Grand Jury
FOREPERSON OF THE GRAND JURY

ASHLEY C. HOFF
UNITED STATES ATTORNEY

EDUARDO R. MENDOZA
Assistant U.S. Attorney